United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

UNITED STATES OF AMERICA

Plaintiff,

v.

KEON NUNNELLY,

Defendant.

Case Nos. 24-cr-00119 VC (Indictment), 24-cr-00162 CRB (Form 12)

DETENTION ORDER

On March 22, 2024, the court ordered Mr. Nunnelly detained on the ground that — given the context of the gun charges involved in the Form 12 (also charged in the new indictment) — he had not established by clear and convincing evidence that he did not pose a danger to the community (the standard that applies to post-conviction bail decisions). He presented evidence about why he used the firearm charged in the case, but given the other recent evidence offered by the government, that does not assuage the concerns about danger to the community. This decision is without prejudice to reconsidering it based on any changed circumstances. This also operates as a detention decision on the indictment. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult

United States District Court
Northern District of California

privately with counsel. *See id*. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *Id*. § 3142(i)(4).

IT IS SO ORDERED.

DATED: March 22, 2023

LAUREL BEELER
United States Magistrate Judge